UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 19-cv-25176-BB

WINDY LUCIUS,

    Plaintiff,

v.

GUESS? RETAIL, INC.,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff Windy Lucius ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1.    Plaintiff has reached an agreement with Defendant Guess? Retail, Inc. ("Defendant") to resolve the claims against it.

2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

Dated: February 13, 2020

                                  Respectfully submitted,

                                  */s/ J. Courtney Cunningham*
                                  J. Courtney Cunningham, Esq.
                                  J. COURTNEY CUNNINGHAM, PLLC
                                  FBN: 628166
                                  8950 SW 74th Court, Suite 2201
                                  Miami, FL 33156
                                  T:  305-351-2014
                                  cc@cunninghampllc.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

            */s/ J. Courtney Cunningham*
            J. Courtney Cunningham, Esq.

2